UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILLY BURKETTE

VERSUS

EAST FELICIANA PARISH SHERIFF,
JEFFREY TRAVIS IN HIS OFFICIAL
CAPACITY AS SHERIFF, AND INDIVIDUALLY;
CHIEF DEPUTY GREG PHARES IN HIS
OFFICIAL CAPACITY, AND INDIVIDUALLY;
R. KYLE ARDOIN IN HIS OFFICIAL CAPACITY
AND INDIVIDUALLY; WILLIAM "BILL" COX
IN HIS OFFICIAL CAPACITY, AND INDIVIDUALLY;
LOUISIANA ATTORNEY GENERAL, JEFF LANDRY,
IN HIS OFFICIAL CAPACITY

CIVIL ACTION

NO. 18-996-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 11, 2023 (Doc. 174), to which no objection was filed,

**IT IS ORDERED** that because Plaintiff's Motions for Declaratory Judgment are procedurally improper in several ways, both Motions for Declaratory Judgments (Docs. 165 and 168) filed by Plaintiff Billy Burkette, are DENIED.

Signed in Baton Rouge, Louisiana, on August 11, 2023.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA