UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILLY BURKETTE

VERSUS

EAST FELICIANA PARISH SHERIFF,
JEFFREY TRAVIS IN HIS OFFICIAL
CAPACITY AS SHERIFF, AND INDIVIDUALLY;
CHIEF DEPUTY GREG PHARES IN HIS
OFFICIAL CAPACITY, AND INDIVIDUALLY;
R. KYLE ARDOIN IN HIS OFFICIAL CAPACITY
AND INDIVIDUALLY; WILLIAM "BILL" COX
IN HIS OFFICIAL CAPACITY, AND INDIVIDUALLY;
LOUISIANA ATTORNEY GENERAL, JEFF LANDRY,
IN HIS OFFICIAL CAPACITY

CIVIL ACTION

NO. 18-996-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 23, 2024 (Doc. 185), to which an objection was filed and considered (Doc. 187),

**IT IS ORDERED** that the Motion to Dismiss, (Doc. 88) filed by R. Kyle Ardoin; the Motion to Dismiss, (Doc. 89) filed by Attorney General Jeff Landry; and the Motion to Dismiss, (Doc. 94) filed by William Cox, is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff Billy Burkette's official capacity claims against Ardoin, Landry, and Cox are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that all of Plaintiff Billy Burkette's individual capacity claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over

Plaintiff's state law claims, and that further leave to amend is denied.

Signed in Baton Rouge, Louisiana, on <u>March 22, 2024</u>.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**